# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| State of Missouri,<br><br>   *Plaintiff*,<br><br> v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services,<br><br>   *Defendants*. | Civil Action No. 4:25-cv-00077-JAR |

## JOINT PROPOSED BRIEFING SCHEDULE ON MOTION TO INTERVENE

Counsel for the Parties in the above-captioned matter, including counsel for Proposed Intervenor-Defendants, respectfully file this joint proposed briefing schedule in response to the Court's February 25, 2025, Order.

Defendants' responsive pleading deadline is March 31, 2025. Counsel for the Parties agree that the existing parties' responses to the motion to intervene will be due April 14, 2025, and that Proposed Intervenor-Defendants' reply will be due April 28, 2025. However, counsel for the Proposed Intervenor-Defendants have requested that if the existing parties agree to settle or otherwise resolve the case between now and the April 14 response deadline, the existing parties will notify the Court so that it may consider whether this schedule should be accelerated, and the existing parties have agreed to do so.

*Signatures on following pages.*

| | |
|---|---|
| Date: March 4, 2025 | Respectfully submitted. |
| ANDREW BAILEY<br>Attorney General of Missouri | /s/ *Emma R. Leibowitz*<br>Carrie Y. Flaxman – *Admitted Pro Hac Vice*<br>Madeline H. Gitomer – *Admitted Pro Hac Vice*<br>Emma R. Leibowitz – *Admitted Pro Hac Vice* |
| JOSHUA M. DIVINE<br>Solicitor General of Missouri | DEMOCRACY FORWARD<br>P.O. Box 34553<br>Washington, DC 20043 |
| /s/ *Reed C. Dempsey*  (with consent)<br>Reed C. Dempsey #1697941DC<br>*Deputy Solicitor General*<br>Missouri Attorney General's Office<br>Post Office Box 899<br>Jefferson City, MO 65102<br>Tel. (573) 751-1800<br>Fax. (573) 751-0774<br>reed.dempsey@ago.mo.gov | (202) 448-9090 (phone)<br>cflaxman@democracyforward.org<br>mgitomer@democracyforward.org<br>eleibowitz@democracyforward.org<br><br>Sharon B. Rosenberg<br>THOMPSON COBURN LLP<br>One U.S. Bank Plaza<br>St. Louis, MO 63101<br>(314) 552-6173 (phone)<br>(314) 552-7000 (fax)<br>srosenberg@thompsoncoburn.com |
| *Counsel for Plaintiff State of Missouri* | Shannon Rose Selden – *Admitted Pro Hac Vice*<br>Adam Auckland-Peck – *Admitted Pro Hac Vice* |
| YAAKOV M. ROTH<br>Acting Assistant Attorney General | DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, New York 10001 |
| ERIC B. BECKENHAUER<br>Assistant Branch Director | (212) 909-6000 (phone)<br>(212) 909-6836 (fax)<br>srselden@debevoise.com<br>aaucklandpeck@debevoise.com |
| /s/ *Jody D. Lowenstein*  (with consent)<br>JODY D. LOWENSTEIN<br>Mont. Bar No. 55816869<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20005<br>Phone: (202) 598-9280<br>Email: jody.d.lowenstein@usdoj.gov | Anna A. Moody – *Admitted Pro Hac Vice*<br>Gabriel A. Kohan – *Admitted Pro Hac Vice*<br>DEBEVOISE & PLIMPTON LLP<br>801 Pennsylvania Avenue NW<br>Washington, DC 20004<br>(202) 383-8000 (phone)<br>(202) 383-8118 (fax)<br>amoody@debevoise.com<br>gakohan@debevoise.com |
| *Counsel for Defendants* | *Counsel to Proposed Intervenor-Defendants*<br><br>Aisha Rich – *Admitted Pro Hac Vice*<br>PUBLIC RIGHTS PROJECT<br>490 43rd Street, Unit #115 |

Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org

*Counsel to Proposed Intervenor-Defendants
City of Columbus and City of Madison*