**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:25-cv-00077-JAR |
| vs. ) | |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES and ) | |
| XAVIER BECERRA in his official capacity ) | |
| as Secretary of Health and Human Services, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to the parties' joint proposal as requested by the Court (Doc. 24),

**IT IS HEREBY ORDERED** that the existing parties' responses to the pending motion to intervene (Doc. 5) shall be filed by **April 14, 2025**. The proposed intervenors' reply shall be filed by **April 28, 2025**.

Dated this 5th day of March 2025.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1