IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br><br>    *Plaintiff*,<br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    *Defendants*. | Case No. 4:25-cv-77-JAR |

**DEFENDANTS' MOTION TO DISMISS**

Defendants move to dismiss Plaintiff's Complaint for Declaratory and Injunctive Relief, ECF No. 1, under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction. The grounds for this motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss.

Dated: March 31, 2025    Respectfully submitted,

             YAAKOV M. ROTH
             Acting Assistant Attorney General

             ERIC B. BECKENHAUER
             Assistant Branch Director

             */s/ Jody D. Lowenstein*
             JODY D. LOWENSTEIN
             Mont. Bar No. 55816869
             Trial Attorney
             U.S. Department of Justice
             Civil Division, Federal Programs Branch
             1100 L Street NW
             Washington, DC 20005
             Phone: (202) 598-9280
             Email: jody.d.lowenstein@usdoj.gov

             *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On March 31, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Jody D. Lowenstein*
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice