**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF MISSOURI, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES and )<br>XAVIER BECERRA in his official capacity )<br>as Secretary of Health and Human Services, )<br>)<br>Defendants. ) | Case No. 4:25-cv-00077-JAR |

## ORDER STAYING THE CASE

This matter is before the Court on the parties' joint motion to stay proceedings in light of an order and judgment recently entered in a similar case resolving issues presented in this one. *See Purl v. United States Dep't of Health & Human Services*, No. 2:24-CV-228-Z, 2025 WL 1708137 (N.D. Tex. June 18, 2025). In support of the motion, the Government advises the Court that it is evaluating whether to appeal the *Purl* judgment, the deadline for which is August 18.

For good cause shown,

**IT IS HEREBY ORDERED** that the parties' joint motion to stay the case is **GRANTED**. (Doc. 40). All proceedings are **STAYED** pending further order of the Court.

1

**IT IS FURTHER ORDERED** that the parties are directed to file a status report by August 25, 2025, addressing whether the Court should continue the stay and proposing any appropriate next steps.

Dated this 2nd day of July 2025.

							                  _____
							                  JOHN A. ROSS
							                  UNITED STATES DISTRICT JUDGE