IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 4:25-cv-00077-JAR |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

On June 18, 2025, in a parallel case, the United States District Court for the Northern District of Texas issued a judgment vacating the Final Rule at issue here. *See Purl v. HHS*, No. 24-cv-00228, ECF 111 (N.D. Tex. June 18, 2025). Though Defendants did not appeal the judgment, a group of proposed intervenors filed a protective Notice of Appeal. *Id.*, ECF 120 (N.D. Tex. Aug. 15, 2025). On September 4, 2025, the proposed intervenors moved to dismiss that appeal. *Purl v. HHS*, No. 25-10743, Mot. to Dismiss (5th Cir. Sept. 4, 2025). The Fifth Circuit dismissed that appeal on September 10, 2025. *Id.*, Order (5th Cir. Sept. 10, 2025).

In light of the forgoing, IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against Defendants U.S. Department of Health and Human Services and Robert F. Kennedy, Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

Dated: September 14, 2025

Respectfully submitted,

**CATHERINE L. HANAWAY**
ATTORNEY GENERAL

*/s/ Reed C. Dempsey*
Reed C. Dempsey, #1697941(DC)
 *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
207 W. High Street
Jefferson City, MO 65101
Tel: (573) 751-0812
Fax: (573) 751-0774
Reed.Dempsey@ago.mo.gov

*Counsel for the Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I certify that on September 14, 2025, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, consistent with Federal Rule of Civil Procedure 5(b).

/s/ *Reed C. Dempsey*

*Counsel for Plaintiff State of Missouri*