# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:25-cv-00077-JAR |
| vs. ) | |
| ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES and ) | |
| XAVIER BECERRA in his official capacity ) | |
| as Secretary of Health and Human Services, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of voluntary dismissal (Doc. 47),

**IT IS HEREBY ORDERED** that all deadlines are vacated, any pending motions are denied as moot, and this case is **DISMISSED without prejudice**.

Dated this 16th day of September 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1